FILED US District Court-UT
OCT 21 '26 PM12:12

MELISSA HOLYOAK, United States Attorney (#9832)
YVETTE RODIER, Assistant United States Attorney (#12505)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAVEZ MONTEL AMMONS,<br><br>Defendant. | INDICTMENT<br><br>COUNT 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm<br><br>COUNT 2: 18 U.S.C. § 922(g)(9), Possession of a Firearm by a Domestic Violence Misdemeanant<br><br>COUNT 3: 21 U.S.C. § 844(a) Possession of Fentanyl<br><br>Case: 2:26-cr-00408<br>Assigned To : Sam, David<br>Assign. Date : 10/20/2026 |

The Grand Jury Charges:

**COUNT 1**
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about August 10, 2026, in the District of Utah,

CHAVEZ MONTEL AMMONS,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a black Sar-9x handgun, and the firearm was in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1) and punishable pursuant to 18 U.S.C. § 924(a)(8).

**COUNT 2**
18 U.S.C. § 922(g)(9)
(Possession of a Firearm by a Domestic Violence Misdemeanant)

On or about August 10, 2026, in the District of Utah,

CHAVEZ MONTEL AMMONS,

defendant herein, knowing he had previously been convicted of a misdemeanor crime of domestic violence as defined in 18 U.S.C. § 921(a)(33), did knowingly possess a firearm, to wit: a black Sar-9x handgun, and the firearm was in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(9) and punishable pursuant to 18 U.S.C. § 924(a)(8).

**COUNT 3**
21 U.S.C. § 844(a)
(Possession of Fentanyl)

On or about August 10, 2026, in the District of Utah,

CHAVEZ MONTEL AMMONS,

defendant herein, did knowingly and intentionally possess a controlled substance, to wit: Fentanyl, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 844(a).

//

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. §§ 922 or 924 or any violation of any other criminal law of the United States, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense.

The property to be forfeited includes, but is not limited to:

- a black Sar-9x handgun, serial number T1102-24BV03000, obtained August 10, 2026, during investigation in investigation number SL 2026-180056.

A TRUE BILL:

/s/
FOREPERSON OF GRAND JURY

MELISSA HOLYOAK
United States Attorney

Yvette Rodier
Assistant United States Attorney